IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KALIMA HAYWARD,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 25-CV-1820** |
| : | |
| **PARKMOBILE, LLC,** : | |
|     **Defendant.** : | |

## ORDER

AND NOW, this 15th day of October, 2025, upon consideration of the Motion to Dismiss (ECF No. 13) filed by Defendant Parkmobile, LLC, Plaintiff Kalima Hayward's Response thereto (ECF No. 15), Defendant's Reply thereon (ECF No. 17), and Plaintiff's Sur-Reply in Opposition (ECF No. 18), it is **ORDERED** that:

1. The Motion is **GRANTED** for the reasons stated in the Court's accompanying Memorandum.

2. The Complaint is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                            **BY THE COURT:**

                                                            **S/ WENDY BEETLESTONE**

                                                             **WENDY BEETLESTONE, C.J.**